UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONG WENG LEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　Defendant. | Case No.  22-cv-04381-TLT<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 13 |

Plaintiff has filed a notice of settlement.  Dkt. No. 13.  Therefore, this matter is **DISMISSED** with prejudice, and any hearings and deadlines are **VACATED**. *See* Fed. R. Civ. P. 41.

The parties retain the right to reopen this action within 60 days of this Order if settlement has not in fact occurred.  If any party certifies to the Court, with proper notice to all other parties, within 60 days of this Order, that the case should be reopened, this Order shall be vacated, and this case shall forthwith be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: October 27, 2022.

_____
TRINA L. THOMPSON
United States District Judge